**SEND**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-2027-RGK (RZx) | Date | September 15, 2006 |
|---|---|---|---|

**Title:** *APPLIED DNA SCIENCES v. PAUL REEP, et al.*

---

**Present: The Honorable** R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

Not Present                         Not Present

**Proceedings:** **(IN CHAMBERS) ORDER DISCHARGING ORDER TO SHOW CAUSE**

The Order to Show Cause (DE 19), filed August 14, 2006, is hereby **DISCHARGED**.

**IT IS SO ORDERED.**

Initials of Preparer  slw



DOCKETED ON CM
SEP 19 2006
BY ___  010